| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

DEC 29 1997

Michael N. Milby, Clerk

PAULA OLSHOVSKY, *et al.*, §
§
       Plaintiffs, §
§
versus §   CIVIL ACTION H-97-3672
§
ROCHE VITAMINS, INC., *et al.*, §
§
       Defendants. §

## Interlocutory Order

1. The Olshovskys' motions to remand (#8), to file an amended complaint (#12), and to transfer venue (#7) are denied.

2. The parties are Paula Olshovsky and Roche Vitamins, Inc. Kevin Olshovsky abandons his claims.

3. Charles and Leslie Dutt are dismissed.

4. Paula Olshovsky has a claim for exploitative sexual discrimination against Roche Vitamins, Inc. All other claims are abandoned.

Signed December 24, 1997, at Houston, Texas.

Lynn N. Hughes
United States District Judge